## THE HARTFORD FIRE INSURANCE COMPANY
### v.
### THE CITY OF PARIS.

PRACTICE—IMPERFECT BILL OF EXCEPTIONS.—Where the bill of exceptions fails to show that exceptions were taken to the rulings of the court below, the findings of the court below cannot be inquired into by this court.

APPEAL from the Circuit Court Court of Edgar county ; the Hon. O. L. DAVIS, Judge, presiding. Opinion filed January 28, 1881.

Mr. GEO. HUNT and Messrs. SELLAR & DOLE, for appellant.

Mr. JOHN E. DYAS, for appellee.

PER CURIAM. This case was tried by the court below, without the intervention of a jury. That which purports to be a bill of exceptions copied into the record, fails to show that any exception was taken in the court below to any of the rulings of the court. The case is in all respects similar to the case of Duncan v. Chandler, 5 Bradwell, 499, where we held that under these circumstances the findings of the court below cannot be inquired into in this court. For this reason the judgment is affirmed.

Judgment affirmed.